**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  Linda C Marucci<br>　　　　Debtor, | Chapter: 7<br>Case No: 09–14302<br>Judge William C. Hillman |

**ORDER DISCHARGING TRUSTEE
AND CLOSING CASE**

It is hererby **ORDERED** that Stewart F. Grossman, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:8/31/09                                                                              By the Court,

                                                                                          <u>William C. Hillman</u>
                                                                                          U.S. Bankruptcy Judge